UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| JONATHAN T. HOUSTON | * | CIVIL ACTION NO.  14-3193 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| FEDEX EXPRESS | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge [Doc. No. 11] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that Plaintiff's claims are DISMISSED WITHOUT PREJUDICE pursuant to FED. R. CIV. P. 4(m).

MONROE, LOUISIANA, this 19th day of January, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE